# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

DAVID TERRY and TAMMIE TERRY, )
)
    Plaintiffs, )
)
v. )   Case No. 7:19-cv-0098-HL
)
MONSANTO COMPANY, )
)
    Defendant. )
)

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER

This matter having come before the Court on the Parties' Joint Motion to Amend the Scheduling Order (the "Motion"), and having considered the Motion and finding good cause, it is hereby **ORDERED** that the stay of discovery be lifted and that the schedule for this case is amended as follows:

1. The deadline for completing fact discovery is September 30, 2020. All written discovery requests must be served at least thirty (30) days prior to September 30, 2020, to be considered timely.

2. Expert discovery shall begin on October 1, 2020 and shall end on January 29, 2021.

3. Plaintiffs must disclose any expert witnesses (and provide expert reports) on or before October 1, 2020.

4. Monsanto Company must disclose any expert witnesses (and provide expert reports) on or before December 4, 2020.

5. The parties must serve supplemental expert reports on or before December 15, 2020.

6. The parties must make their designated experts available for deposition during the Expert discovery period.

7. The parties must file all dispositive motions, including *Daubert* motions on or before March 15, 2021.

8. All other deadlines set forth in the Scheduling Order, Dkt. No. 19, shall remain in effect.

**SO ORDERED** this 19th day of May, 2020.

      *s/ Hugh Lawson*
      The Honorable Hugh Lawson
      Senior United States District Judge