IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAMMI TERRY, as Administratrix for the Estate of David Terry, and TAMMI TERRY, : : : : | |
| Plaintiffs, : : | |
| v. : : | CASE NO.: 7:19-CV-98 (WLS) |
| MONSANTO COMPANY, : : | |
| Defendant. : : | |

**ORDER**

On August 30, 2022, the Court Ordered (Doc. 82)[1] the Parties to submit to mediation, to be completed no later than November 21, 2022. In the same Order, the Parties were directed to submit a written status report within fourteen (14) days following mediation. To date, nearly two years later, the Parties have failed to submit such a report. The Parties are, therefore, **ORDERED** to submit a status report explaining the status of mediation, and whether the case is ready to be noticed for trial in the August 2024 Valdosta Trial Term, no later than **Monday, April 29, 2024.** The parties are hereby noticed that failure to comply with Court orders may result in sanctions.

**SO ORDERED**, this 15th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Order was issued by Judge Hugh Lawson. On April 8, 2024, this matter was transferred from Judge Hugh Lawson to Judge Louis Sands, the undersigned.

1